THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MARTIN L. MILLER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 14, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Kings County Court, rendered April 11, 1928, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Rufus L. Perry* and *Raymond Riley* for appellant.

*Charles J. Dodd, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.